PROB 12B
(7/93)

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 3 1 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Johnny Paul Cash                Case Number: 3:04CR00252-FVS-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 03/08/2004             Type of Supervision: Probation

Original Offense: Possession of a Stolen Firearm, 18    Date Supervision Commenced: 03/08/2004
U.S.C. § 922(j)

Original Sentence: Probation - 36 Months          Date Supervision Expires: 03/07/2007

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

14.  You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

### CAUSE

Recent contact with the offender suggests that the above-mentioned modification is appropriate. Johnny Cash commenced a 3-year term of probation on March 8, 2004, in the District of Utah. His probation term is due to expire on March 7, 2007. Jurisdiction was transferred to the Eastern District of Washington on May 14, 2004.

Mr. Cash has expressed an interest in participating in mental health treatment. In an attempt to provide Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition. Mr. Cash signed the attached waiver of hearing and is in agreement to modify his conditions of probation if the Court is inclined to do so.

It is respectfully recommended that the attached waiver of hearing to modify conditions of probation be adopted requiring Johnny Cash to participate in mental health treatment at the direction of the probation office.

Respectfully submitted,

by  *Tommy Rosser*
Tommy Rosser
U.S. Probation Officer
Date:  October 26, 2005

Prob 12B
**Re: Cash, Johnny Paul**
**October 26, 2005**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
FUS [X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

October 28, 2005
Date